**Order filed March 1, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00138-CV
_____

## IN RE AMY HENRY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-FD-0305**

## ORDER

On February 27, 2017, our court ordered relator Amy Henry to comply with Texas Rule of Appellate Procedure 9.9 by redacting the names of the children from the appendix to the mandamus petition. *See* Tex. R. App. P. 9.9. Relator complied with that order by filing an Amended Appendix. The court strikes from the mandamus record the original, non-compliant appendix attached to the mandamus

petition and shall treat the refiled appendix as if it had been filed at the time of the original filing.

Relator's petition for writ of mandamus still contains the unredacted original Appendix. Accordingly, we ORDER relator to refile her petition for writ of mandamus without the original appendix. Upon this refiling, the court shall strike the mandamus petition to which the original appendix was attached and shall treat the refiled petition as if it had been filed at the time of the original filing.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Wise.